UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT WILLIAM WATSON JR.,

                Plaintiff,

-against-

EX-MAYOR BILL DE BLASIO, et al.,

                Defendants.

1:24-CV-6875 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, filed this action under the court's federal question jurisdiction. For the reason set forth below, the Court dismisses this action without prejudice.[1]

The Court notes that the United Parcel Service ("UPS") tracking number for the envelope that contained the complaint commencing this action is the same as the UPS tracking number for the envelope that contained the complaint commencing another *pro se* action filed by Plaintiff in this court, known as *Watson v. De Blasio*, 1:24-CV-6826 (LTS), which is pending. The Court also notes that the complaint commencing this action is virtually identical to the complaint commencing *Watson*, 1:24-CV-6826 (LTS). Thus, it would appear that there was either one complaint contained in one envelope that was mistakenly opened twice as two separate actions, or there were two virtually identical complaints contained in that same one envelope and that they were opened as two separate actions. In any case, there is no useful purpose to litigating this duplicative lawsuit. The Court therefore dismisses this action without prejudice as duplicative of *Watson*, 1:24-CV-6826 (LTS).

---

[1] Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, court submissions that refer to a minor child may only do so by using the child's names initials. Fed. R. Civ. P. 5.2(a)(3). In his *in forma pauperis* application, Plaintiff appears to reveal the full name of a minor child. Thus, in an abundance of caution, the Court has directed the Clerk of Court to limit electronic access to that submission to a "case participant-only" basis.

## CONCLUSION

The Court dismisses this action without prejudice as duplicative of *Watson v. De Blasio*, 1:24-CV-6826 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:   September 18, 2024
         New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge