UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIAM WATSON JR.,

                Plaintiff,

-against-

EX-MAYOR BILL DE BLASIO, ET AL.,

                Defendants.

24 CV 6875 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 18, 2024, order, this action is dismissed. The Court dismisses this action without prejudice as duplicative of Watson v. De Blasio, 1:24-CV-6826 (LTS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated:   September 19, 2024
          New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge